*FILED ELECTRONICALLY*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| MICHAEL LAND | * | Civil Action File No. |
| Plaintiff, | * | _____ |
| v. | * | (Case No. 15-CI-139, Removed from the Commonwealth of Kentucky, Madison Circuit Court, Division No. I) |
| SOUTHERN STATES COOPERATIVE, INCORPORATED | * | |
| Defendant. | * | **Jury Trial Demanded** |

## PETITION AND NOTICE OF REMOVAL

Southern States Cooperative, Incorporated files this Notice of Removal and respectfully shows to the Court the following:

1.

On March 9, 2015, Plaintiff Michael Land commenced an action in Madison County, Kentucky Circuit Court, Division No. I, the same being Case No. 15-CI-139. A true and correct copy of the Summons, complaint and all pleadings filed in said action are attached hereto.

2.

Defendant was served with summons and a copy of the complaint on March 12, 2015. This Notice of Removal is being filed within 30 days of this Defendant's first receipt of Plaintiff's complaint.

3.

Plaintiff has filed suit against Defendant Southern States Cooperative, Incorporated ("Southern States") alleging claims arising under the Constitution, laws or treaties of the United

States over which this Court has original jurisdiction, pursuant to 28 U.S.C.A. § 1331. Specifically, Plaintiff's complaint alleges among other things that Defendant herein acted in violation of her rights under the Family Medical Leave Act, the Age Discrimination in Employment Act of 1967, the Americans with Disabilities Act of 1990, the Civil Rights Act of 1964, and the Civil Rights Act of 1991. To the extent Plaintiff has asserted claims that do not arise out of the Constitution, laws, or treaties of the United States, this Court has supplemental jurisdiction over such claims pursuant to 28 U.S.C.A. § 1367 as the same are so related that they form the same case or controversy under Article III of the United States Constitution. Therefore, this case may be removed to this Court pursuant to 28 U.S.C.A. §§1331, 1367, 1441 and 1446.

4.

Plaintiff is a resident and citizen of Kentucky and Defendant Southern States is a corporation formed under the laws of the Commonwealth of Virginia and with its principal office located within the Commonwealth of Virginia. Plaintiff seeks, in part, damages for past and future lost wages and benefits, "humiliation, loss of personal dignity, embarrassment, emotional distress and pain and suffering." Plaintiff's complaint also seeks punitive damages and "his costs and expenses, including but not limited to a reasonable attorney's fee." Although Plaintiff has not yet specified an amount in controversy, it is the undersigned's reasonable belief that Plaintiff will seek damages in excess of $75,000, exclusive of interest and costs, and, accordingly, that this case may also removable to this Court via diversity grounds pursuant to 28 U.S.C.A. §§1332, 1441 and 1446.

5.

A copy of this Petition and Notice of Removal is being filed with the Clerk of Court for the Circuit Court of Madison County, Kentucky, promptly after the filing of this pleading, as is

required by law. Written notice of the filing of this removal will be served on Plaintiff promptly after the filing of this pleading, as is required by law.

6.

This Court is the District Court for the district embracing the Circuit Court of Madison County, Commonwealth of Kentucky, in which the state court action is presently pending. The Central Division, at Lexington, of this Court is the jury division in which the County of Madison is located. Removal, therefore, is proper to the Eastern District of Kentucky, Central Division at Lexington.

7.

Defendant expressly reserves its right to raise all defenses and objections in this action after the action is removed to this Court pursuant to Fed. R. Civ. P. 81(c) so that it has "(A) 21 days after receiving—through service or otherwise—a copy of the initial pleading stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed" to responsively plead or otherwise plead to the Complaint.

8.

This notice is signed in compliance with Fed. R. Civ. P. 11.

WHEREFORE, Defendant prays that this action proceed in this Court as an action properly removed thereto.

Done this the 31st day of March, 2015.

       Respectfully submitted,

       STURGILL, TURNER, BARKER & MOLONEY, PLLC


       /s/Joshua M. Salsburey
       Stephen L. Barker
       Joshua M. Salsburey
       Jamie Wilhite Dittert
       333 West Vine Street, Ste. 1400
       Lexington, KY 40507
       Telephone:  (859) 255-8581
       Facsimile:   (859) 231-0851
       sbarker@sturgillturner.com
       jsalsburey@sturgillturner.com
       jdittert@sturgillturner.com
       *Attorneys for Southern States Cooperative, Incorporated*


## **CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of the foregoing has been served by mailing same, postage prepaid, to the following on this the 31st day of March, 2015:

Walter G. Ecton, Jr.
Ecton & Shannon, PLLC
127 South Third Street
Richmond, Kentucky 40475

  This is to further certify that on March 31, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

       By: /s/Joshua M. Salsburey
          *Attorney for Southern States Cooperative, Incorporated*


x:\wdox\clients\64716\0003\pleading\00570953.doc