```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| MICHAEL LAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. 15-cv-83-JMH |
| v. ) | |
| ) | |
| SOUTHERN STATES COOPERATIVE, ) | |
| INC. ) | **JUDGMENT** |
| ) | |
| Defendant. ) | |

                              ***

In keeping with the Court's Order of September 9, 2016, **IT IS ORDERED:**

(1) That judgment is entered in favor of Defendant;

(2) That Plaintiff's claims for relief as stated in his complaint are **DISMISSED WITH PREJUDICE**;

(3) That all pending motions for relief are **DENIED AS MOOT**;

(4) That this matter is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY**;

(5) That the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET.**

This the 19th day of September, 2016.



Signed By:
_Joseph M. Hood_
Senior U.S. District Judge