United States District Court for the EASTERN

District of KENTUCKY/LEX DIV

| Michael Land |
|---|

Plaintiff,

vs.                                                                                  Case No. 5:15-cv-83-JMH

| Southern States Cooperative, Incorporated |
|---|

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Michael Land,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

Memorandum Opinion and Order of 09/09/16; Judgment of 09/19/16; Memorandum Opinion and Order of 10/06/17 and Order on Bill of Costs of 10/06/17. *the final judgment, from an order describing it*

entered in this action on the _____ day of _____, _____.

(s) Walter G. Ecton, Jr.

Address: Ecton & Shannon, PLLC

127 South Third Street

Richmond, Kentucky 40475

Attorney for Plaintiff, Michael Land

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc: Opposing Counsel ✓
    Court of Appeals ☐

6CA-3
11/16