# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

-----

No: 17-6303

-----

Filed: August 14, 2018

MICHAEL LAND

    Plaintiff - Appellant

v.

SOUTHERN STATES COOPERATIVE, INC.

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 07/23/2018 the mandate for this case hereby issues today.

COSTS: None