**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 14, 2018

Mr. Robert R. Carr
Eastern District of Kentucky at Lexington
101 Barr Street
Lexington, KY 40507

Re: Case No. 17-6303, *Michael Land v. Southern States Cooperative*
Originating Case No. : 5:15-cv-00083

Dear Clerk:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Amy E. Gigliotti
Case Manager
Direct Dial No. 513-564-7012

cc: Ms. Jamie Wilhite Dittert
    Mr. Walter G Ecton Jr.
    Ms. Megan Kleinline George
    Mr. Joshua M. Salsburey

Enclosure